No. 04–6830.  FRYE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6878.  LEWIS v. GREEN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–6920.  WOODALL v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 04–6989.  WINGEART v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 04–6999.  POWERS v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 04–7054.  BROWN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 04–7056.  MURESAN v. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES.  Ct. App. Wash.  Certiorari denied.

No. 04–7060.  PRIDGEN v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–7093.  CARTER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–7120.  MURDAUGH v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 04–7129.  MARTINEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–7137.  TSOSIE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–7154.  LYNCH v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 04–7294.  GRAYSON v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 04–7298.  BELL v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.